United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 18-12390-ref
Harry Rivera                                                                                            Chapter 13
Iris R. Rivera
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR                  Page 1 of 1                  Date Rcvd: May 14, 2018
                              Form ID: pdf900              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
db/jdb         +Harry Rivera,   Iris R. Rivera,   223 West 38th Street,   Reading, PA 19606-3002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 01:41:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14088776        E-mail/PDF: cbp@onemainfinancial.com May 15 2018 01:42:02      OneMain,   Spring Towne Center,
                 2663 Shillington Rd., Ste. E,   Sinking Spring, PA 19608-1758
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    AmeriHome Mortgage Company, LLC ecfmail@mwc-law.com
      DAVID S. GELLERT    on behalf of Debtor Harry  Rivera dsgrdg@ptdprolog.net
      DAVID S. GELLERT    on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
      RAYMOND M. KEMPINSKI    on behalf of Creditor   AmeriHome Mortgage Company, LLC  rkempinski@mwc-law.com,   ecfmail@mwc-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    HARRY RIVERA | : | Bankruptcy No. 18-12390 REF |
|    IRIS R. RIVERA | : | |
| | : | Chapter 7 |
|        Debtors | : | |

## **ORDER**

Upon the motion of Debtors to avoid an alleged nonpossessory, nonpurchase money security interest of in Debtors' exempt personal property located at 223 West 38th Street, Reading, PA 19606, and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above nonpossessory, nonpurchase money security interest of OneMain, if any, in Debtors' personal property located at 223 West 38th Street, Reading, PA 19606, is avoided to the extent it impairs Debtors' exemption,

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: May 14, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge