In Re:  Harry Rivera and Iris R. Rivera
        Bankruptcy No. 18-12390 REF

## AMENDMENT TO MATRIX

Ark Law Group, PLLC
1715 114th Avenue SE
Suite 220, Bellevue, WA 98004

Supplement to Matrix List of Creditors
Dated: June 25, 2018
Page No. 7 of 7 pages