In Re:  Harry Rivera and Iris R. Rivera
        Bankruptcy No. 18-12390 REF

## AMENDMENT TO MATRIX

      Web Loan USA
      c/o Allocation Adjustment
      P. O. Box 258
      Phoenix, AZ 85032

Supplement to Matrix List of Creditors
Dated: July 20, 2018
Page No. 8 of 8 pages