## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    HARRY RIVERA                      :         Bankruptcy No. 18-12390 REF
    IRIS R. RIVERA                   :
                              :         Chapter 13
        Debtors               :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 15th day of August, 2018, David S. Gellert, Esquire, of David S. Gellert,

P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was

filed or served on him with respect to the Notice dated July 24, 2018 of the filing of the

Application for Compensation and Reimbursement of Expenses.


Dated:  August 15, 2018                      s/  David S. Gellert        
                                     David S. Gellert, Esquire
                                   David S. Gellert, P.C.
                                   3506 Perkiomen Avenue
                                   Reading, PA 19606
                                   (610) 779-8000
                                   Fax: (610) 370-1393
                                   dsgrdg@ptdprolog.net