United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12390-ref
Harry Rivera                                                        Chapter 13
Iris R. Rivera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 1            Date Rcvd: Aug 16, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb         +Harry Rivera,   Iris R. Rivera,   223 West 38th Street,   Reading, PA 19606-3002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:15:44      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    AmeriHome Mortgage Company, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID S. GELLERT    on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Debtor Harry  Rivera dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
    HARRY RIVERA                        :        Bankruptcy No. 18-12390 REF
    IRIS R. RIVERA                      :
                                             :        Chapter 13
        Debtors                  :

### ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, in the amount of $5,087.50 for compensation and the amount of $472.85 for reimbursement of expenses, is hereby approved; $1,333.00 of which has been paid.

BY THE COURT:

**Date: August 16, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge