**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Harry Rivera<br>　　　　　Iris R. Rivera<br>　　　　　<u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　<u>Movant</u><br>　　vs. | NO. 18-12390 ref |
| Harry Rivera<br>Iris R. Rivera<br>　　　　　<u>Debtor(s)</u><br>Bianca Liz Rivera<br>　　　　　<u>Co-Debtor</u> | 11 U.S.C. Section 362 and 1301 (c) |
| Scott Waterman Esq.<br>　　　　　<u>Trustee</u> | |

**<u>ORDER TERMINATING AUTOMATIC STAY</u>**

　　The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

　　ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to dispose of the 2017 TOYOTA CAMRY, VIN: 4T1BF1FK4HU641724 as provided in its loan documents. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this　　　　day of　　　　　, 2019.

**Date: April 1, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list