United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 18-12390-ref
Harry Rivera                                                     Chapter 13
Iris R. Rivera
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR            Page 1 of 1              Date Rcvd: Apr 01, 2019
                              Form ID: pdf900        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
```
db/jdb         +Harry Rivera,    Iris R. Rivera,    223 West 38th Street,    Reading, PA 19606-3002
cr             +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Blvd., Ste 110,
                Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 03:14:37      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    AmeriHome Mortgage Company, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DAVID S. GELLERT    on behalf of Debtor Harry  Rivera dsgrdg@ptdprolog.net
          DAVID S. GELLERT    on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KARINA  VELTER    on behalf of Creditor    MidFirst Bank amps@manleydeas.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Harry Rivera<br>　　　　Iris R. Rivera<br><br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br><br>　　　　　　　Movant<br>　　vs. | NO. 18-12390 ref |
| Harry Rivera<br>Iris R. Rivera<br>　　　　　　　Debtor(s)<br><br>Bianca Liz Rivera<br>　　　　　　　Co-Debtor | 11 U.S.C. Section 362 and 1301 (c) |
| Scott Waterman Esq.<br>　　　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to dispose of the 2017 TOYOTA CAMRY, VIN: 4T1BF1FK4HU641724 as provided in its loan documents. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this　　　day of　　　, 2019.

**Date: April 1, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list