**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    HARRY RIVERA | : | Bankruptcy No. 18-12390 REF |
|    IRIS R. RIVERA | : | |
| | : | Chapter 13 |
|         Debtors | : | |

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 23rd day of May, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 8, 2019 of the filing of the Debtors' Motion to Approve Loan Modification Agreement.

Dated: May 23, 2019

      s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net