United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Harry Rivera  
Iris R. Rivera  
    Debtors

Case No. 18-12390-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: May 28, 2019  
                        Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
```
db/jdb        +Harry Rivera,    Iris R. Rivera,    223 West 38th Street,    Reading, PA 19606-3002
cr            +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Blvd., Ste 110,
               Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 12:08:42      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    AmeriHome Mortgage Company, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DAVID S. GELLERT    on behalf of Debtor Harry   Rivera dsgrdg@ptdprolog.net
          DAVID S. GELLERT    on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KARINA   VELTER    on behalf of Creditor    MidFirst Bank amps@manleydeas.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    AmeriHome Mortgage Company, LLC
           raykemp1006@gmail.com, raykemp1006@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    HARRY RIVERA                          :    Bankruptcy No. 18-12390 REF
    IRIS R. RIVERA                         :
                                           :    Chapter 13
    Debtors                                :

## ORDER

Upon consideration of the Debtors' Motion to Approve Loan Modification Agreement, it is hereby

**ORDERED** that the Debtors are authorized to modify the mortgage on their home in accordance with the Modification Agreement attached to the within Motion as Exhibit A. It is further

**ORDERED** that the Loan Modification Agreement is hereby approved.

BY THE COURT:

**Date: May 28, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge