## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-12390** |
| **Harry Rivera** | : | **Chapter 13** |
| **Iris R. Rivera** | : | **Judge Eric L. Frank** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **November 21, 2019 at 11:00 a.m.** |
| | : | |
| **Harry Rivera** | : | **400 Washington Street** |
| **Iris Rivera** | : | **Courtroom #1** |
| | : | **Reading, PA, 19601** |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

MidFirst Bank has filed a Motion for Relief from the Automatic Stay to permit MidFirst Bank to foreclose on 223 W 38th Street, Reading, PA 19606.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 13, 2019, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    400 Washington Street
    Reading, PA, 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee

19-008064_CAM4

200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Reading, PA  19606
scottfwaterman@gmail.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on November 21, 2019 at 11:00 a.m. in 400 Washington Street, Courtroom #1, Reading, PA, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   October 29, 2019

19-008064_CAM4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-12390** |
| **Harry Rivera** | : | **Chapter 13** |
| **Iris R. Rivera** | : | **Judge Eric L. Frank** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **November 21, 2019 at 11:00 a.m.** |
| | : | |
| **Harry Rivera** | : | **400 Washington Street** |
| **Iris R. Rivera** | : | **Courtroom #1** |
| | : | **Reading, PA, 19601** |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from the Automatic Stay to permit MidFirst Bank to foreclose on 223 W 38th Street, Reading, PA 19606   was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106

Scott F. Waterman (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606

David S. Gellert, Attorney for Harry Rivera and Iris R. Rivera, David S. Gellert PC, 3506 Perkiomen Avenue, Reading, PA  19606, dsgrdg@ptdprolog.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on October  29 , 2019:

Harry Rivera and Iris R. Rivera, 223 West 38th Street, Reading, PA  19606

19-008064_CAM4

Harry Rivera and Iris Rivera, 223 W 38th Street, Reading, PA 19606

DATE: October 29, 2019

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-008064_CAM4