# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 18-12390 |
| Harry Rivera | : | Chapter 13 |
| Iris R. Rivera | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| MidFirst Bank | : | Date and Time of Hearing |
| Movant, | : | November 21, 2019 at 11:00 a.m. |
| vs | : | |
| | : | Place of Hearing |
| Harry Rivera | : | 400 Washington Street |
| Iris R. Rivera | : | Courtroom #1 |
| | : | Reading, PA, 19601 |
| Scott F. Waterman | : | |
| Respondents. | | Related Document # 60 |

## ORDER OF COURT

AND NOW, to wit, this __13th__ day of __December__, 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 67), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**