```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                     Case No. 18-12390-elf
Harry Rivera                                                               Chapter 13
Iris R. Rivera
         Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0313-4          User: JEGilmore             Page 1 of 1                  Date Rcvd: Dec 13, 2019
                              Form ID: pdf900             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db/jdb        +Harry Rivera,    Iris R. Rivera,    223 West 38th Street,    Reading, PA 19606-3002
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA    19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr            +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Blvd., Ste 110,
                Oklahoma City, OK 73118-6051
cr             Nissan Motor Acceptance Corporation, servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:20
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:39     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 03:00:09     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor   AmeriHome Mortgage Company, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID S. GELLERT    on behalf of Debtor Harry  Rivera dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KARINA  VELTER    on behalf of Creditor   MidFirst Bank amps@manleydeas.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               raykemp1006@gmail.com,   raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Nissan Motor Acceptance Corporation, servicer for
               Nissan-Infiniti, Lt ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-12390** |
| **Harry Rivera** | : | **Chapter 13** |
| **Iris R. Rivera** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **November 21, 2019 at 11:00 a.m.** |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Harry Rivera** | : | **400 Washington Street** |
| **Iris R. Rivera** | : | **Courtroom #1** |
| | : | **Reading, PA, 19601** |
| **Scott F. Waterman** | : | |
| **Respondents.** | | **Related Document # 60** |

## ORDER OF COURT

AND NOW, to wit, this  13th  day of   December   , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 67), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**