IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: HARRY RIVERA ) | |
| IRIS R. RIVERA ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | |
| NISSAN MOTOR ACCEPTANCE ) | CASE NO. 18-12390-ELF |
| CORPORATION, SERVICER FOR ) | |
| NISSAN-INFINITI LT ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | |
| ) | HEARING DATE: **1-9-20 at 11:00 AM** |
| HARRY RIVERA ) | |
| IRIS R. RIVERA ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Nissan Motor Acceptance Corporation, Servicer For Nissan-Infiniti LT, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2017 Nissan Rogue** bearing vehicle identification number KNMAT2MV3HP548607 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 1/10/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**