# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    HARRY RIVERA : | Chapter 13 |
|    IRIS R. RIVERA : | |
| : | Bankruptcy No. 18-12390 ELF |
|         Debtors : | |

## **CERTIFICATION OF NO ANSWER**

AND NOW, this 22nd day of January, 2020, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to Modify Chapter 13 Plan Under § 1329.

                                                        s/   David S. Gellert
                                                        David S. Gellert, Esquire
                                                        David S. Gellert, P.C.
                                                        3506 Perkiomen Avenue
                                                        Reading, PA 19606
                                                        (610) 779-8000
                                                        Fax: (610) 370-1393
                                                        dsgrdg@ptdprolog.net