**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     HARRY RIVERA | : | |
|     IRIS R. RIVERA, | : | |
| | : | |
|     Debtors | : | Bky. No.  18-12390 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. # 70) is **APPROVED**.

**Date:  January 27, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**