# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    HARRY RIVERA : | Bankruptcy No. 18-12390 ELF |
|    IRIS R. RIVERA : | |
| : | Chapter 13 |
|        Debtors : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 20th day of February, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 29, 2020 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor.

It is further certified that no other application for administrative expense has been filed.

                                                                                 s/   David S. Gellert
                                                                                David S. Gellert, Esquire
                                                                                David S. Gellert, P.C.
                                                                                3506 Perkiomen Avenue
                                                                                Reading, PA 19606
                                                                                (610) 779-8000
                                                                                Fax: (610) 370-1393
                                                                                dsgrdg@ptdprolog.net