*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Harry Rivera and Iris R. Rivera
   Debtor(s)

Case No: 18–12390–pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtors' Harry Rivera, Iris R. Rivera Objection to Certification of Default filed by Creditor MidFirst Bank

 on: 5/7/20

 at: 11:00 AM

 in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  4/16/20

Timothy B. McGrath
Clerk of Court