United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12390-pmm
Harry Rivera                                                    Chapter 13
Iris R. Rivera
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: JEGilmore         Page 1 of 1          Date Rcvd: Apr 16, 2020
                            Form ID: 167            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db/jdb         +Harry Rivera,    Iris R. Rivera,    223 West 38th Street,    Reading, PA 19606-3002
cr             +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Blvd., Ste 110,
                 Oklahoma City, OK 73118-6051
cr              Nissan Motor Acceptance Corporation, servicer for,    P.O. Box 660366,    Dallas, TX  75266-0366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:03:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    AmeriHome Mortgage Company, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID S. GELLERT    on behalf of Debtor Harry  Rivera dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KARINA  VELTER    on behalf of Creditor    MidFirst Bank amps@manleydeas.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               raykemp1006@gmail.com, raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, servicer for
               Nissan-Infiniti, Lt ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Harry Rivera and Iris R. Rivera

Debtor(s)

Case No: 18–12390–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtors' Harry Rivera, Iris R. Rivera Objection to Certification of Default filed by Creditor MidFirst Bank

on: 5/7/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date:  4/16/20

For The Court

Timothy B. McGrath
Clerk of Court