| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-12390-PMM

HARRY RIVERA  
IRIS R RIVERA  
223 WEST 38TH STREET  
READING PA  19606  

Petition Filed Date: 04/11/2018  
341 Hearing Date: 06/05/2018  
Confirmation Date: 07/19/2018  

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $510.00 | 155662513 | 02/11/2019 | $310.00 | 156997230 | 03/06/2019 | $310.00 | 157740275 |
| 05/06/2019 | $310.00 | 159795229 | 06/24/2019 | $310.00 | 160992806 | 07/29/2019 | $310.00 | 162478022 |
| 08/20/2019 | $700.00 | 163210374 | 09/17/2019 | $580.00 | 164088184 | 10/15/2019 | $580.00 | 164966813 |
| 11/27/2019 | $1,845.00 | 166229574 | 12/11/2019 | $445.00 | 166776929 | 01/15/2020 | $513.00 | 167872390 |
| 03/04/2020 | $713.00 | 169426890 | 05/27/2020 | $713.00 | 172129254 | 06/22/2020 | $713.00 | 172372459 |
| 07/31/2020 | $713.00 | 173639299 | | | | | | |

**Total Receipts for the Period: $9,575.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,495.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 17 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 017 | Unsecured Creditors | $577.21 | $0.00 | $577.21 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $605.14 | $0.00 | $605.14 |
| 8 | CITADEL FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $10,054.01 | $0.00 | $10,054.01 |
| 12 | DIAMOND FEDERAL CREDIT UNION<br>»» 012 | Unsecured Creditors | $10,179.41 | $0.00 | $10,179.41 |
| 13 | DIAMOND FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $12,428.62 | $0.00 | $12,428.62 |
| 14 | DIAMOND FEDERAL CREDIT UNION<br>»» 014 | Unsecured Creditors | $9,667.65 | $0.00 | $9,667.65 |
| 6 | HC PROCESSING CENTER<br>»» 006 | Unsecured Creditors | $2,250.31 | $0.00 | $2,250.31 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $474.53 | $0.00 | $474.53 |
| 11 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 011 | Unsecured Creditors | $4,774.23 | $0.00 | $4,774.23 |
| 5 | MET-ED<br>»» 005 | Unsecured Creditors | $1,159.49 | $0.00 | $1,159.49 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $959.53 | $0.00 | $959.53 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $2,834.41 | $0.00 | $2,834.41 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $661.00 | $0.00 | $661.00 |
| 19 | MIDFIRST BANK<br>»» 019 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-12390-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Secured Creditors | $77.15 | $77.15 | $0.00 |
| 3 | ONE MAIN FINANCIAL<br>»» 003 | Unsecured Creditors | $3,859.92 | $0.00 | $3,859.92 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $700.90 | $0.00 | $700.90 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Unsecured Creditors | $8,206.91 | $0.00 | $8,206.91 |
| 2 | UGI UTILITIES INC<br>»» 002 | Unsecured Creditors | $2,269.82 | $0.00 | $2,269.82 |
| 20 | DAVID S GELLERT ESQ<br>»» 020 | Attorney Fees | $4,227.35 | $4,227.35 | $0.00 |
| 20 | MIDFIRST BANK<br>»» 021 | Mortgage Arrears | $7,232.49 | $4,411.14 | $2,821.35 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $877.50 | $877.50 | $0.00 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $562.50 | $0.00 | $562.50 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $12,495.00 | | Current Monthly Payment: | $717.00 |
| Paid to Claims: | $9,593.14 | | Arrearages: | $2,643.00 |
| Paid to Trustee: | $1,055.96 | | Total Plan Base: | $38,082.00 |
| Funds on Hand: | $1,845.90 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.