# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    HARRY R. RIVERA | : | Bankruptcy No. 18-12390 PMM |
|    IRIS R. RIVERA | : | |
| | : | Chapter 13 |
|            Debtors | : | |

## ORDER

Upon consideration of the Motion for Order Converting Chapter 13 case to a case under Chapter 7,

IT IS HEREBY ORDERED that the above-captioned Chapter 13 case is hereby converted to a case under Chapter 7.

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: May 6, 2021**