United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Harry Rivera  
Iris R. Rivera  
    Debtors

Case No. 18-12390-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: May 06, 2021      Form ID: 210U      Total Noticed: 81

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

- \+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
- ++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).
- #    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.
- ##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry Rivera, 223 West 38th Street, Reading, PA 19606-3002 |
| jdb | #+ | Iris R. Rivera, 223 West 38th Street, Reading, PA 19606-3002 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Blvd., Ste 110, Oklahoma City, OK 73118-6051 |
| cr | | Nissan Motor Acceptance Corporation, servicer for, P.O. Box 660366, Dallas, TX 75266-0366 |
| 14088748 | + | AmeriHome Mortgage, P. O. Box 77407, Ewing, NJ 08628-6407 |
| 14103567 | + | AmeriHome Mortgage Company, LLC, c/o McCabe, Weisberg & Conway, P.C., 123 South Broad Stret, Suite 1400, Philadelphia, PA 19109-1060 |
| 14124602 | + | AmeriHome Mortgage Company, LLC c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14127486 | + | Ark Law Group, PLLC, 1715 114th Avenue SE, Suite 220, Bellevue, WA 98004-6906 |
| 14088750 | + | Benchmark Federal Credit Union, P. O. Box 2387, West Chester, PA 19380-0114 |
| 14088751 | | Benchmark Federal Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14088752 | + | Bianca Rivera, 1519 Palm St., Reading, PA 19604-1856 |
| 14112475 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14088759 | + | Commonwealth of PA, Office of Attorney General, 14th Floor, Strawrberry Square, Harrisburg, PA 17120-0001 |
| 14088762 | + | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464-3242 |
| 14088763 | | Diamond Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14088767 | | HC Processing Center, P. O. Box 802, Springdale, AR 72765-0802 |
| 14110903 | + | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020-2361 |
| 14088768 | + | Integrated Medical Group PC, 82 Tunnel Rd., Pottsville, PA 17901-3869 |
| 14110305 | + | Met-Ed, 101 Crawfords Corner Rd Bldg#1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 14088771 | | Met-Ed, 76 S. Main St. A-RPC, Akron, OH 44308-1890 |
| 14279387 | | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14446038 | + | MidFirst Bank, 999 NW Grand Boulevard Suite 100, Oklahoma City, OK 73118-6051 |
| 14243112 | + | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14088773 | + | Nestle Waters North America, 375 Paramount Dr., Raynham, MA 02767-5154 |
| 14097645 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14088774 | | Nissan Motor Acceptance Corp., P. O. Box 660360, Dallas, TX 75266-0360 |
| 14428963 | + | Nissan Motor Acceptance Corporation,, servicer For Nissan-Infiniti LT, c/o William E. Craig, Esquire, 110 Marter Avenue Suite 301, Moorestown, NJ 08057-3124 |
| 14088775 | + | Northland Group Inc., P. O. Box 390846, Mail Code CPK9, Minneapolis, MN 55439-0846 |
| 14088777 | | Patient First, P. O. Box 758941, Baltimore, MD 21275-8941 |
| 14088778 | | Quest Diagnostics, P. O. Box 740775, Cincinnati, OH 45274-0775 |
| 14088779 | + | Reading Health System, P. O. Box 16051, Reading, PA 19612-6051 |
| 14088781 | + | Regency Finance Company, 3225 N. Fifth St., Ste. 8, Reading, PA 19605-2451 |
| 14088783 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 210U | Total Noticed: 81 |

|  |  |  |
|---|---|---|
|  |  | Sprint Customer Service, P.O. Box 8077, London, KY 40742 |
| 14088782 |  | Scott J. Best, Esquire, Welsman, Weinberg & Reis Co., LPA, 170 S Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |
| 14088784 |  | St. Christopher's Pediatric Assoc., SCHC Pediatric Associates LLC, P. O. Box 828699, Philadelphia, PA 19182-8699 |
| 14088785 | + | St. Joseph Medical Center, Patient Financial Services, 1643 Lewis Ave., Ste. 203, Billings, MT 59102-4151 |
| 14088786 |  | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14088788 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14378379 |  | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14105031 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14108036 | + | Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust, c/o KML Law Group, P.C., 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |
| 14088790 | + | Tri-County Area Fed. Credit Union, 1550 Medical Drive, Pottstown, PA 19464-3225 |
| 14169511 | + | Web Loan USA, c/o Allocation Adjustment, P. O. Box 258, Phoenix, AZ 85001 |
| 14088795 |  | West Reading Radiology Assoc., 2 Meridian Blvd., Second Fl., Wyomissing, PA 19610-3202 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 07 2021 03:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14088749 | + | Email/Text: rperez@arcadiarecovery.com | May 07 2021 03:03:00 | Arcadia Recovery Bureau, 645 Penn St., Reading, PA 19601-3559 |
| 14088754 |  | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 02:55:24 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14088753 |  | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 02:53:43 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088755 |  | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 02:53:43 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14114151 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 07 2021 03:03:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14088757 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 07 2021 03:03:00 | Citadel Federal Credit Union, P. O. Box 72147, Thorndale, PA 19372-0147 |
| 14088758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 02:55:28 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14088760 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 07 2021 03:03:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 14088761 | + | Email/Text: dsgrdg@ptdprolog.net | May 07 2021 03:03:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14121747 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 02:57:16 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14088764 |  | Email/Text: bankruptcynotices@dcicollect.com | May 07 2021 03:03:00 | Diversified Consultants, Inc., P. O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088765 | + | Email/Text: bknotice@ercbpo.com | May 07 2021 03:03:00 | Enhanced Recovery Company, P. O. Box 57547, Jacksonville, FL 32241-7547 |
| 14088766 |  | Email/Text: bnc-bluestem@quantum3group.com | May 07 2021 03:03:00 | Fingerhut Credit Acct. Svs., P. O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14123950 |  | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2021 03:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14088756 |  | Email/PDF: ais.chase.ebn@americaninfosource.com |  |  |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 210U | Total Noticed: 81 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 07 2021 02:53:42 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14088770 | | Email/Text: PBNCNotifications@peritusservices.com | May 07 2021 03:03:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14118801 | + | Email/Text: bankruptcydpt@mcmcg.com | May 07 2021 03:03:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14088772 | + | Email/Text: Bankruptcies@nragroup.com | May 07 2021 03:03:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 14102608 | | Email/PDF: cbp@onemainfinancial.com | May 07 2021 02:55:24 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14088776 | | Email/PDF: cbp@onemainfinancial.com | May 07 2021 02:57:11 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14116559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 02:55:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14118958 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 03:03:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14088780 | + | Email/Text: joey@rmscollect.com | May 07 2021 03:03:00 | Receivables Management Systems, P. O. Box 8630, Richmond, VA 23226-0630 |
| 14089582 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 02:53:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088787 | | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 02:53:41 | Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14088789 | + | Email/Text: bankruptcydepartment@tsico.com | May 07 2021 03:03:00 | Transworld Systems Inc., 500 Virginia Dr., Ste. 514, Fort Washington, PA 19034-2733 |
| 14088791 | | Email/Text: bkrcy@ugi.com | May 07 2021 03:03:00 | UGI Utilities, Inc., P. O. Box 13009, Reading, PA 19612-3009 |
| 14088792 | + | Email/Text: bankruptcy@unum.com | May 07 2021 03:02:00 | Unum, 1 Fountain Square, Chattanooga, TN 37402-1306 |
| 14088793 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 07 2021 03:02:00 | Verizon, 500 Technology Dr., Suite 550, Weldon Springs, MO 63304-2225 |
| 14088794 | | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 02:57:10 | Wal-Mart, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088769 | ##+ | Keystone Kidney Assoc., PC, 2701 Blair Mill Rd., Ste. 30, Willow Grove, PA 19090-1041 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 18-12390-pmm    Doc 107    Filed 05/08/21    Entered 05/09/21 00:56:50    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 06, 2021 | Form ID: 210U | Total Noticed: 81 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor AmeriHome Mortgage Company LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| DAVID S. GELLERT | on behalf of Debtor Harry Rivera dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor AmeriHome Mortgage Company LLC raykemp1006@gmail.com, raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Nissan Motor Acceptance Corporation servicer for Nissan-Infiniti, Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Harry Rivera and Iris R. Rivera  Case No: 18−12390−pmm

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 5/6/21

For The Court

Timothy B. McGrath
Clerk of Court

104
Form 210U