United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12390-pmm
Harry Rivera  Chapter 7
Iris R. Rivera
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: May 07, 2021     Form ID: 309A     Total Noticed: 81

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry Rivera, 223 West 38th Street, Reading, PA 19606-3002 |
| jdb | #+ | Iris R. Rivera, 223 West 38th Street, Reading, PA 19606-3002 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14088748 | + | AmeriHome Mortgage, P. O. Box 77407, Ewing, NJ 08628-6407 |
| 14103567 | + | AmeriHome Mortgage Company, LLC, c/o McCabe, Weisberg & Conway, P.C., 123 South Broad Stret, Suite 1400, Philadelphia, PA 19109-1060 |
| 14124602 | + | AmeriHome Mortgage Company, LLC c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14127486 | + | Ark Law Group, PLLC, 1715 114th Avenue SE, Suite 220, Bellevue, WA 98004-6906 |
| 14088750 | + | Benchmark Federal Credit Union, P. O. Box 2387, West Chester, PA 19380-0114 |
| 14088751 | | Benchmark Federal Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14088752 | + | Bianca Rivera, 1519 Palm St., Reading, PA 19604-1856 |
| 14088759 | + | Commonwealth of PA, Office of Attorney General, 14th Floor, Strawrberry Square, Harrisburg, PA 17120-0001 |
| 14088762 | + | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464-3242 |
| 14088763 | | Diamond Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14088767 | | HC Processing Center, P. O. Box 802, Springdale, AR 72765-0802 |
| 14110903 | + | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020-2361 |
| 14088768 | + | Integrated Medical Group PC, 82 Tunnel Rd., Pottsville, PA 17901-3869 |
| 14110305 | + | Met-Ed, 101 Crawfords Corner Rd Bldg#1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 14088771 | | Met-Ed, 76 S. Main St. A-RPC, Akron, OH 44308-1890 |
| 14279387 | | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14243112 | + | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14088773 | + | Nestle Waters North America, 375 Paramount Dr., Raynham, MA 02767-5154 |
| 14097645 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14088774 | | Nissan Motor Acceptance Corp., P. O. Box 660360, Dallas, TX 75266-0360 |
| 14088775 | + | Northland Group Inc., P. O. Box 390846, Mail Code CPK9, Minneapolis, MN 55439-0846 |
| 14088777 | | Patient First, P. O. Box 758941, Baltimore, MD 21275-8941 |
| 14088778 | | Quest Diagnostics, P. O. Box 740775, Cincinnati, OH 45274-0775 |
| 14088779 | + | Reading Health System, P. O. Box 16051, Reading, PA 19612-6051 |
| 14088781 | + | Regency Finance Company, 3225 N. Fifth St., Ste. 8, Reading, PA 19605-2451 |
| 14088782 | | Scott J. Best, Esquire, Welsman, Weinberg & Reis Co., LPA, 170 S Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |
| 14088784 | | St. Christopher's Pediatric Assoc., SCHC Pediatric Associates LLC, P. O. Box 828699, Philadelphia, PA 19182-8699 |
| 14088785 | + | St. Joseph Medical Center, Patient Financial Services, 1643 Lewis Ave., Ste. 203, Billings, MT 59102-4151 |
| 14088786 | | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14105031 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14108036 | + | Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust, c/o KML Law Group, P.C., 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |
| 14088790 | + | Tri-County Area Fed. Credit Union, 1550 Medical Drive, Pottstown, PA 19464-3225 |
| 14169511 | + | Web Loan USA, c/o Allocation Adjustment, P. O. Box 258, Phoenix, AZ 85001 |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: 309A | Total Noticed: 81 |

14088795    West Reading Radiology Assoc., 2 Meridian Blvd., Second Fl., Wyomissing, PA 19610-3202

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dsgrdg@ptdprolog.net | May 08 2021 02:15:00 | DAVID S. GELLERT, David S. Gellert PC, 3506 Perkiomen Avenue, Reading, PA 19606 |
| tr | + EDI: QRHHOLBER.COM | May 08 2021 03:13:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | EDI: PENNDEPTREV | May 08 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2021 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 08 2021 02:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 08 2021 02:17:00 | United States Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14088749 | + Email/Text: rperez@arcadiarecovery.com | May 08 2021 02:17:00 | Arcadia Recovery Bureau, 645 Penn St., Reading, PA 19601-3559 |
| 14088754 | EDI: CAPITALONE.COM | May 08 2021 03:13:00 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14088753 | EDI: CAPITALONE.COM | May 08 2021 03:13:00 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088755 | EDI: CAPITALONE.COM | May 08 2021 03:13:00 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14112475 | EDI: BL-BECKET.COM | May 08 2021 03:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14114151 | + Email/Text: bankruptcycollections@citadelbanking.com | May 08 2021 02:28:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14088757 | + Email/Text: bankruptcycollections@citadelbanking.com | May 08 2021 02:28:00 | Citadel Federal Credit Union, P. O. Box 72147, Thorndale, PA 19372-0147 |
| 14088758 | + EDI: CITICORP.COM | May 08 2021 03:13:00 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14088760 | + EDI: CCS.COM | May 08 2021 03:13:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 14088761 | + Email/Text: dsgrdg@ptdprolog.net | May 08 2021 02:16:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14121747 | + EDI: AIS.COM | May 08 2021 03:13:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14088764 | EDI: DCI.COM | May 08 2021 03:13:00 | Diversified Consultants, Inc., P. O. Box 551268, Jacksonville, FL 32255-1268 |
| 14088765 | + Email/Text: bknotice@ercbpo.com | May 08 2021 02:17:00 | Enhanced Recovery Company, P. O. Box 57547, Jacksonville, FL 32241-7547 |
| 14088766 | EDI: BLUESTEM | May 08 2021 03:13:00 | Fingerhut Credit Acct. Svs., P. O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14123950 | EDI: JEFFERSONCAP.COM | May 08 2021 03:13:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: 309A | Total Noticed: 81 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 14088756 | | EDI: JPMORGANCHASE | May 08 2021 03:13:00 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14088770 | | Email/Text: PBNCNotifications@peritusservices.com | May 08 2021 02:16:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14118801 | + | EDI: MID8.COM | May 08 2021 03:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14446038 | + | EDI: AISMIDFIRST | May 08 2021 03:13:00 | MidFirst Bank, 999 NW Grand Boulevard Suite 100, Oklahoma City, OK 73118-6051 |
| 14088772 | + | Email/Text: Bankruptcies@nragroup.com | May 08 2021 02:29:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 14102608 | | EDI: AGFINANCE.COM | May 08 2021 03:13:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14088776 | | EDI: AGFINANCE.COM | May 08 2021 03:13:00 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14116559 | | EDI: PRA.COM | May 08 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14118958 | | EDI: Q3G.COM | May 08 2021 03:13:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14088780 | + | Email/Text: joey@rmscollect.com | May 08 2021 02:29:00 | Receivables Management Systems, P. O. Box 8630, Richmond, VA 23226-0630 |
| 14088783 | | EDI: AISSPRINT | May 08 2021 03:13:00 | Sprint Customer Service, P.O. Box 8077, London, KY 40742 |
| 14089582 | + | EDI: RMSC.COM | May 08 2021 03:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088787 | | EDI: RMSC.COM | May 08 2021 03:13:00 | Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14088788 | | EDI: TFSR.COM | May 08 2021 03:13:00 | Toyota Motor Credit Corp., 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14378379 | | EDI: BL-BECKET.COM | May 08 2021 03:13:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14088789 | + | Email/Text: bankruptcydepartment@tsico.com | May 08 2021 02:29:00 | Transworld Systems Inc., 500 Virginia Dr., Ste. 514, Fort Washington, PA 19034-2733 |
| 14088791 | | Email/Text: bkrcy@ugi.com | May 08 2021 02:29:00 | UGI Utilities, Inc., P. O. Box 13009, Reading, PA 19612-3009 |
| 14088792 | + | Email/Text: bankruptcy@unum.com | May 08 2021 02:16:00 | Unum, 1 Fountain Square, Chattanooga, TN 37402-1306 |
| 14088793 | + | EDI: VERIZONCOMB.COM | May 08 2021 03:13:00 | Verizon, 500 Technology Dr., Suite 550, Weldon Springs, MO 63304-2225 |
| 14088794 | | EDI: RMSC.COM | May 08 2021 03:13:00 | Wal-Mart, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14088769 | ##+ | Keystone Kidney Assoc., PC, 2701 Blair Mill Rd., Ste. 30, Willow Grove, PA 19090-1041 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 07, 2021 | Form ID: 309A | Total Noticed: 81 |

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021                Signature:      /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Harry Rivera<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–5053 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Iris R. Rivera<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–5930 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13    4/11/18 |
| Case number: | 18–12390–pmm | Date case converted to chapter: | 7    5/6/21 |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Harry Rivera | Iris R. Rivera |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 223 West 38th Street<br>Reading, PA 19606 | 223 West 38th Street<br>Reading, PA 19606 |
| 4. | **Debtor's attorney**<br>Name and address | DAVID S. GELLERT<br>David S. Gellert PC<br>3506 Perkiomen Avenue<br>Reading, PA 19606 | Contact phone (610) 779–8000<br>Email: dsgrdg@ptdprolog.net |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Harry Rivera** and **Iris R. Rivera**                                                                                        Case number **18–12390–pmm**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court Office of the Clerk, Gateway Building 201 Penn Street, 1st Floor Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (610)2085040  Date: 5/7/21 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 16, 2021 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/16/21** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                        page **2**