UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    HARRY R. RIVERA                    :    Bankruptcy No. 18-12390 PMM
    IRIS R. RIVERA                        :
                                                      :    Chapter 13
    Debtors                                     :

**DEBTORS' STATEMENT OF UNPAID DEBTS INCURRED
AFTER COMMENCEMENT OF BANKRUPTCY PROCEEDING
AND BEFORE CONVERSION TO CHAPTER 7
PURSUANT TO BANKRUPTCY RULE 1019**

The undersigned Debtors certify to the Chapter 7 Trustee that they have incurred the following additional unpaid debts after the commencement of their chapter 13 proceeding and prior to the conversion of their chapter 13 proceeding to a chapter 7 proceeding:

AT&T
4331 Communications Drive
Flr. 4W
Dallas, TX 75211

Choice Recovery Inc.
1105 Schrock Road, Suite 700
Columbus, OH 43229

Credit One Bank
P. O. Box 98872
Las Vegas, NV 89193-8872

Digestive Disease Associates
1011 Reed Avenue, Suite 300
Wyomissing, PA 19610-1167

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

Patient First
P. O. Box 758941
Baltimore, MD 21275-8941

Penn State St. Joseph Medical Center
P. O. Box 316
Reading, PA 19603-0316

Receivables Management
1807 Huguenot Road, Suite 118
Midlothian, VA 23113

The Bank of Missouri - Milestone
P. O. Box 4499
Beaverton, OR 97076

The Bank of Missouri - Total Visa
2700 South Lorraine Place
Sioux Falls, SD 57106

Dated: 5/25/2021

Harry Rivera

Dated: 5/25/2021

Iris R. Rivera