Re:    Harry Rivera
        Iris R. Rivera
        Bankruptcy No. 18-12390 PMM

AT&T
4331 Communications Drive
Flr. 4W
Dallas, TX 75211

Choice Recovery Inc.
1105 Schrock Road, Suite 700
Columbus, OH 43229

Credit One Bank
P. O. Box 98872
Las Vegas, NV 89193-8872

Digestive Disease Associates
1011 Reed Avenue, Suite 300
Wyomissing, PA 19610-1167

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

GT Auto Sales LLC
1100 Lancaster Avenue
Reading, PA 19607

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

Patient First
P. O. Box 758941
Baltimore, MD 21275-8941

Supplement to Matrix List of Creditors
Dated:   May 25, 2021
Page No. 1 of 2 pages

Penn State St. Joseph Medical Center
P. O. Box 316
Reading, PA 19603-0316

Receivables Management
1807 Huguenot Road, Suite 118
Midlothian, VA 23113

The Bank of Missouri - Milestone
P. O. Box 4499
Beaverton, OR 97076

The Bank of Missouri - Total Visa
2700 South Lorraine Place
Sioux Falls, SD 57106

Supplement to Matrix List of Creditors
Dated:   May 25, 2021
Page No. 2 of 2 pages