# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    HARRY RIVERA | : | Bankruptcy No. 18-12390 PMM |
|    IRIS R. RIVERA | : | |
| | : | Chapter 7 |
|         Debtors | : | |

## CERTIFICATE OF SERVICE

    I, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certify that I have served a copy of the Amended Schedule I, a copy of the Amended Schedule J, and a copy of the Amended Schedule J-2 on the United States Trustee and the Interim Trustee by electronic mail on May 25, 2021:

        Robert Holber, Esquire
        41 East Front Street
        Media, PA 19063

        Office of the U. S. Trustee
        200 Chestnut Street, Suite 502
        Philadelphia, PA 19106

Dated:   May 25, 2021                               /s/   David S. Gellert
                                                        David S. Gellert, Esquire
                                                        David S. Gellert, P.C.
                                                        3506 Perkiomen Avenue
                                                        Reading, PA 19606
                                                        (610) 779-8000
                                                        Fax: (610) 370-1393
                                                        dsgrdg@ptdprolog.net