### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        : Chapter 7

Harry Rivera and Iris R. Rivera                               : Case No. 18–12390–pmm
              Debtor(s)

### *ORDER*
_____

AND NOW, this day , August 20, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

128
Form 195