United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12390-pmm |
| Harry Rivera | Chapter 7 |
| Iris R. Rivera | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2021 | Form ID: 195 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry Rivera, 223 West 38th Street, Reading, PA 19606-3002 |
| jdb | + | Iris R. Rivera, 214 Opal Avenue, Reading, PA 19606-1638 |
| cr | | Nissan Motor Acceptance Corporation, servicer for, P.O. Box 660366, Dallas, TX 75266-0366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 20 2021 23:37:14 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Blvd., Ste 110, Oklahoma City, OK 73118-6051 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 20 2021 23:37:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 22, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | |

Case 18-12390-pmm    Doc 129    Filed 08/22/21    Entered 08/23/21 00:37:28    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 195 | Total Noticed: 5 |

        on behalf of Creditor AmeriHome Mortgage Company  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

DAVID S. GELLERT
        on behalf of Debtor Harry Rivera dsgrdg@ptdprolog.net

DAVID S. GELLERT
        on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net

RAYMOND M. KEMPINSKI
        on behalf of Creditor AmeriHome Mortgage Company  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
        on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
        on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

ROBERT H. HOLBER
        on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
        trustee@holber.com  rholber@ecf.axosfs.com

SARAH ELISABETH BARNGROVER
        on behalf of Creditor MidFirst Bank amps@manleydeas.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor Nissan Motor Acceptance Corporation  servicer for Nissan-Infiniti, Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 7 |
| Harry Rivera and Iris R. Rivera | : Case No. 18−12390−pmm |
| Debtor(s) | |

### *ORDER*
_____

AND NOW, this day , August 20, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court