United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Harry Rivera  
Iris R. Rivera  
    Debtors

Case No. 18-12390-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 20, 2021 | Form ID: 318 | Total Noticed: 89 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harry Rivera, 223 West 38th Street, Reading, PA 19606-3002 |
| jdb | + | Iris R. Rivera, 214 Opal Avenue, Reading, PA 19606-1638 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14088748 | + | AmeriHome Mortgage, P. O. Box 77407, Ewing, NJ 08628-6407 |
| 14103567 | + | AmeriHome Mortgage Company, LLC, c/o McCabe, Weisberg & Conway, P.C., 123 South Broad Stret, Suite 1400, Philadelphia, PA 19109-1060 |
| 14124602 | + | AmeriHome Mortgage Company, LLC c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14127486 | + | Ark Law Group, PLLC, 1715 114th Avenue SE, Suite 220, Bellevue, WA 98004-6906 |
| 14088750 | + | Benchmark Federal Credit Union, P. O. Box 2387, West Chester, PA 19380-0114 |
| 14088751 | | Benchmark Federal Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14088752 | + | Bianca Rivera, 1519 Palm St., Reading, PA 19604-1856 |
| 14088759 | + | Commonwealth of PA, Office of Attorney General, 14th Floor, Strawrberry Square, Harrisburg, PA 17120-0001 |
| 14088762 | + | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464-3242 |
| 14088763 | | Diamond Credit Union, P. O. Box 31112, Tampa, FL 33631-3112 |
| 14610569 | + | Digestive Disease Associates, 1011 Reed Avenue, Suite 300, Wyomissing, PA 19610-2002 |
| 14610571 | + | GT Auto Sales LLC, 1100 Lancaster Avenue, Reading, PA 19607-1612 |
| 14088767 | | HC Processing Center, P. O. Box 802, Springdale, AR 72765-0802 |
| 14088768 | + | Integrated Medical Group PC, 82 Tunnel Rd., Pottsville, PA 17901-3869 |
| 14110305 | + | Met-Ed, 101 Crawfords Corner Rd Bldg#1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 14088771 | | Met-Ed, 76 S. Main St. A-RPC, Akron, OH 44308-1890 |
| 14279387 | | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14243112 | + | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14088773 | + | Nestle Waters North America, 375 Paramount Dr., Raynham, MA 02767-5154 |
| 14097645 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14088774 | | Nissan Motor Acceptance Corp., P. O. Box 660360, Dallas, TX 75266-0360 |
| 14088775 | + | Northland Group Inc., P. O. Box 390846, Mail Code CPK9, Minneapolis, MN 55439-0846 |
| 14088777 | | Patient First, P. O. Box 758941, Baltimore, MD 21275-8941 |
| 14610574 | | Penn State St. Joseph Medical Center, P. O. Box 316, Reading, PA 19603-0316 |
| 14088778 | | Quest Diagnostics, P. O. Box 740775, Cincinnati, OH 45274-0775 |
| 14088779 | + | Reading Health System, P. O. Box 16051, Reading, PA 19612-6051 |
| 14088781 | + | Regency Finance Company, 3225 N. Fifth St., Ste. 8, Reading, PA 19605-2451 |
| 14088782 | | Scott J. Best, Esquire, Welsman, Weinberg & Reis Co., LPA, 170 S Independence Mall W, Ste 874W, Philadelphia, PA 19106-3334 |
| 14088784 | | St. Christopher's Pediatric Assoc., SCHC Pediatric Associates LLC, P. O. Box 828699, Philadelphia, PA 19182-8699 |
| 14088785 | + | St. Joseph Medical Center, Patient Financial Services, 1643 Lewis Ave., Ste. 203, Billings, MT 59102-4151 |
| 14088786 | | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14610577 | + | The Bank of Missouri - Total Visa, 2700 South Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14105031 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14108036 | + | Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust, c/o KML Law Group, P.C., 710 Market Street, Suite 5000 |

Case 18-12390-pmm    Doc 130    Filed 08/22/21    Entered 08/23/21 00:37:28    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 318 | Total Noticed: 89 |

| | | Philadelphia, PA 19106-2312 |
|---|---|---|
| 14088790 | + | Tri-County Area Fed. Credit Union, 1550 Medical Drive, Pottstown, PA 19464-3225 |
| 14110903 | ++ | VIVE FINANCIAL LLC, ATTN BANKRUPTCY, P O BOX 708670, SANDY UT 84070-8639 address filed with court:, HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14169511 | + | Web Loan USA, c/o Allocation Adjustment, P. O. Box 258, Phoenix, AZ 85001 |
| 14088795 | | West Reading Radiology Assoc., 2 Meridian Blvd., Second Fl., Wyomissing, PA 19610-3202 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Aug 21 2021 03:33:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | EDI: PENNDEPTREV | Aug 21 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 20 2021 23:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14610566 | + | EDI: ATTWIREBK.COM | Aug 21 2021 03:33:00 | AT&T, 4331 Communications Drive, Flr. 4W, Dallas, TX 75211-1300 |
| 14088749 | + | Email/Text: rperez@arcadiarecovery.com | Aug 20 2021 23:29:00 | Arcadia Recovery Bureau, 645 Penn St., Reading, PA 19601-3559 |
| 14088754 | | EDI: CAPITALONE.COM | Aug 21 2021 03:33:00 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14088753 | | EDI: CAPITALONE.COM | Aug 21 2021 03:33:00 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14088755 | | EDI: CAPITALONE.COM | Aug 21 2021 03:33:00 | Capital One Bank USA NA, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14112475 | | EDI: BL-BECKET.COM | Aug 21 2021 03:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14610567 | + | Email/Text: bankrupt@choicerecovery.com | Aug 20 2021 23:29:00 | Choice Recovery Inc., 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 14114151 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 20 2021 23:29:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14088757 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 20 2021 23:29:00 | Citadel Federal Credit Union, P. O. Box 72147, Thorndale, PA 19372-0147 |
| 14088758 | + | EDI: CITICORP.COM | Aug 21 2021 03:33:00 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14088760 | + | EDI: CCS.COM | Aug 21 2021 03:33:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 14610568 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2021 23:37:14 | Credit One Bank, P. O. Box 98872, Las Vegas, NV 89193-8872 |
| 14088761 | + | Email/Text: dsgrdg@ptdprolog.net | Aug 20 2021 23:29:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14121747 | + | EDI: AIS.COM | Aug 21 2021 03:33:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14088764 | | EDI: DCI.COM | Aug 21 2021 03:33:00 | Diversified Consultants, Inc., P. O. Box 551268, Jacksonville, FL 32255-1268 |

Case 18-12390-pmm    Doc 130    Filed 08/22/21    Entered 08/23/21 00:37:28    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 318 | Total Noticed: 89 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14088765 | + Email/Text: bknotice@ercbpo.com | Aug 20 2021 23:29:00 | Enhanced Recovery Company, P. O. Box 57547, Jacksonville, FL 32241-7547 |
| 14088766 | EDI: BLUESTEM | Aug 21 2021 03:33:00 | Fingerhut Credit Acct. Svs., P. O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14610570 | + EDI: AMINFOFP.COM | Aug 21 2021 03:33:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14123950 | EDI: JEFFERSONCAP.COM | Aug 21 2021 03:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14088756 | EDI: JPMORGANCHASE | Aug 21 2021 03:33:00 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14088770 | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2021 23:29:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14118801 | + EDI: MID8.COM | Aug 21 2021 03:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14446038 | + EDI: AISMIDFIRST | Aug 21 2021 03:33:00 | MidFirst Bank, 999 NW Grand Boulevard Suite 100, Oklahoma City, OK 73118-6051 |
| 14088772 | + Email/Text: Bankruptcies@nragroup.com | Aug 20 2021 23:29:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 14102608 | EDI: AGFINANCE.COM | Aug 21 2021 03:33:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14088776 | EDI: AGFINANCE.COM | Aug 21 2021 03:33:00 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14116559 | EDI: PRA.COM | Aug 21 2021 03:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14118958 | EDI: Q3G.COM | Aug 21 2021 03:33:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14610575 | + Email/Text: joey@rmscollect.com | Aug 20 2021 23:29:00 | Receivables Management, 1807 Huguenot Road, Suite 118, Midlothian, VA 23113-5604 |
| 14088780 | + Email/Text: joey@rmscollect.com | Aug 20 2021 23:29:00 | Receivables Management Systems, P. O. Box 8630, Richmond, VA 23226-0630 |
| 14088783 | EDI: AISSPRINT | Aug 21 2021 03:33:00 | Sprint Customer Service, P.O. Box 8077, London, KY 40742 |
| 14089582 | + EDI: RMSC.COM | Aug 21 2021 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088787 | EDI: RMSC.COM | Aug 21 2021 03:33:00 | Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14088788 | EDI: TFSR.COM | Aug 21 2021 03:33:00 | Toyota Motor Credit Corp., 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 14610576 | + EDI: PHINGENESIS | Aug 21 2021 03:33:00 | The Bank of Missouri - Milestone, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14378379 | EDI: BL-BECKET.COM | Aug 21 2021 03:33:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14088789 | + Email/Text: bankruptcydepartment@tsico.com | Aug 20 2021 23:29:00 | Transworld Systems Inc., 500 Virginia Dr., Ste. 514, Fort Washington, PA 19034-2733 |
| 14088791 | Email/Text: bkrcy@ugi.com | Aug 20 2021 23:29:00 | UGI Utilities, Inc., P. O. Box 13009, Reading, PA 19612-3009 |
| 14088792 | + Email/Text: bankruptcy@unum.com | Aug 20 2021 23:29:00 | Unum, 1 Fountain Square, Chattanooga, TN 37402-1306 |
| 14110903 | Email/Text: bankruptcynotices@vivecard.com | | |

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 318 | Total Noticed: 89 |

| | | | Aug 20 2021 23:29:00 | HC Processing Center, 380 Data Drive, Suite 200, Draper, UT 84020 |
|---|---|---|---|---|
| 14088793 | + | EDI: VERIZONCOMB.COM | Aug 21 2021 03:33:00 | Verizon, 500 Technology Dr., Suite 550, Weldon Springs, MO 63304-2225 |
| 14088794 | | EDI: RMSC.COM | Aug 21 2021 03:33:00 | Wal-Mart, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14610572 | *+ | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14610573 | * | Patient First, P. O. Box 758941, Baltimore, MD 21275-8941 |
| 14088769 | ##+ | Keystone Kidney Assoc., PC, 2701 Blair Mill Rd., Ste. 30, Willow Grove, PA 19090-1041 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021         Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor AmeriHome Mortgage Company LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| DAVID S. GELLERT | on behalf of Debtor Harry Rivera dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Iris R. Rivera dsgrdg@ptdprolog.net |
| RAYMOND M. KEMPINSKI | on behalf of Creditor AmeriHome Mortgage Company LLC raykemp1006@gmail.com, raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor MidFirst Bank amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 20, 2021 | Form ID: 318 | Total Noticed: 89 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Nissan Motor Acceptance Corporation  servicer for Nissan-Infiniti, Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Harry Rivera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5053<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Iris R. Rivera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5930<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–12390–pmm | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harry Rivera

Iris R. Rivera

8/20/21

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**